IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-cr-04050-02-SRB |
| ) | |
| CASSIOPEIA MARIE BLAISE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is the Defendant Cassiopeia Marie Blaise's ("Defendant Blaise") second Motion to Revoke Pretrial Detention Order and to Place Cassiopeia Marie Blaise in the Heightened Supervision Program. (Doc. #62.) For the reasons stated below, the motion is DENIED.

On May 14, 2019, Magistrate Judge Willie J. Epps issued an Order Setting Conditions of Release for Defendant Blaise. On October 22, 2019, Judge Epps issued an Order to Revoke Bond based on clear and convincing evidence that Defendant Blaise violated her conditions of release by repeatedly using methamphetamine. Judge Epps found Defendant Blaise "is unlikely to further abide by a condition or combination of conditions of release." (Doc. #40, p. 1). On April 27, 2020, Defendant Blaise filed her first Motion to Revoke Pretrial Detention Order pursuant to 18 U.S.C. § 3145(b). After an independent review of the record, the Court agreed with Judge Epps's findings and denied the motion. (Doc. #55.)

Defendant Blaise now, for a second time, asks the Court to revoke Judge Epps's pretrial detention order pursuant to 18 U.S.C. § 3145(b). In support, Defendant Blaise argues similar grounds as her prior motion, but additionally asserts that her "father is 78 years old and in failing

health.  [Defendant] Blaise would appreciate an opportunity to see her father." (Doc. #62, p. 2.) The motion indicates the Government opposes revoking the pretrial detention order.

Under 18 U.S.C. § 3145(b) the Court must engage in a *de novo* review and issue its ruling "promptly." *United States v. Maull*, 773 F.2d 1479, 1484 (8th Cir. 2015); 18 U.S.C. § 3145(b). Pursuant to 18 U.S.C. § 3142(e), a defendant shall be detained pending trial if, "after a hearing pursuant to the provisions of subsection (f) . . ., the judicial officer finds that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of any other person and the community[.]"  Having considered Defendant Blaise's pending motion, the record, and applicable law *de novo*, the Court finds that detention of Defendant Blaise is appropriate.  The Court continues to find no condition or combination of conditions exist that will reasonably assure the safety of the community.  While the Court is sensitive to Defendant Blaise's desire to see her father, this fact does not change the Court's determination.

Accordingly, Defendant Blaise's Motion to Revoke Pretrial Detention Order and to Place Cassiopeia Marie Blaise in the Heightened Supervision Program (Doc. #62) is DENIED.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
JUDGE STEPHEN R. BOUGH
UNITED STATES DISTRICT COURT

DATED: January 25, 2021